No. 66.   POWER AUTHORITY OF THE STATE OF NEW
YORK v. TUSCARORA INDIAN NATION.   Certiorari, 360 U. S.
915, to the United States Court of Appeals for the Dis-
trict of Columbia Circuit.   The motion to advance is
granted and this case, together with the companion case
of No. 63, is set for argument on Monday, December 7,
1959.   *Thomas F. Moore, Jr.* for petitioner-movant.
*Arthur Lazarus, Jr.* for respondent.

No. 448, Misc.   CHESSMAN v. CALIFORNIA.   On peti-
tion for writ of certiorari to the Supreme Court of
California.   The motion of the petitioner to certify des-
ignated portions of the record is granted limited to the
certification by the Clerk of the Supreme Court of Cali-
fornia of the original record now on file in that Court.
THE CHIEF JUSTICE took no part in the consideration
or decision of this motion.   *A. L. Wirin, Fred Okrand,*
*Rosalie S. Asher* and *George T. Davis* for petitioner.
*Stanley Mosk,* Attorney General of California, and *Arlo*
*E. Smith,* Deputy Attorney General, for respondent.

No. 303, Misc.   LEWIS v. FLORIDA;
No. 377, Misc.   HURLEY v. UNITED STATES ET AL.; and
No. 381, Misc.   SANDS v. WARDEN, ATTICA PRISON,
ET AL.   Motions for leave to file petitions for writs of
habeas corpus denied.

No. 368, Misc.   HANCOCK v. PENNSYLVANIA; and
No. 398, Misc.   SUMPTER v. ALVIS, WARDEN.   Motions
for leave to file petitions for writs of habeas corpus denied.
Treating the papers submitted as petitions for writs of
certiorari, certiorari is denied.

No. 399, Misc.   FLOWERS v. IGOE, U. S. DISTRICT JUDGE.
Motion for leave to file petition for writ of mandamus
denied.